**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7413**

WRITER'S EMAIL ADDRESS
**renitasharma@quinnemanuel.com**

March 24, 2026

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Daniella Lopez, et al. v. Linus Technologies, Inc. d/b/a/ David Protein*
       Civil Action No. 1:26-cv-00635

Dear Judge Oetken:

This firm represents the defendant Linus Technology, Inc. d/b/a/ David Protein ("**Defendant**"), in the above-referenced action.  Pursuant to Rule 2(D) of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request an extension of Defendant's time to respond to the Complaint (Dkt. No. 1) until **April 17, 2026.**

Pursuant to a waiver of service, the current deadline to respond to the Complaint is March 31, 2026, see Dkt. No. 6.  This is Defendant's first request for an extension of its time to respond to the Complaint.  We have conferred with Plaintiffs' counsel, and they consent to our request for an extension for Defendant to respond to the Complaint.  Defendant respectfully submits this request so that it may be afforded additional time to analyze and/or investigate the matters set forth in the Complaint and prepare its responsive pleading.  The extension will not affect any other deadlines in the case and will not prejudice any party to this action.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Renita Sharma

cc: All counsel of record (via ECF)

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH