**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIELLA LOPEZ, DAVID FREFIELD, AND CRYSTAL PATERSON, individually, and on behalf of themselves and those similarly situated, | Case No. 1:26-cv-00635 |
| *Plaintiffs*, | |
| v | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| LINUS TECHNOLOGIES, INC. D/B/A DAVID PROTEIN, | |
| *Defendant.* | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Daniella Lopez, David Frefield, and

Crystal Paterson, individually and on behalf of themselves, hereby give notice that the above-

captioned action is voluntarily dismissed, without prejudice.

Date: March 30, 2026                    Respectfully submitted:

By: _/s/ Jason P. Sultzer_____
Jason P. Sultzer, Esq.
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
sultzerj@thesultzerlawgroup.com


**BRYSON HARRIS SUCIU &**
**DEMAY PLLC**
Nick Suciu III
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
(616) 678-3180
nsuciu@brysonpllc.com

*Counsel for Plaintiffs Daniella Lopez,*
*David Frefield, and Crystal Paterson*